**Slip Op. 06-76**

# United States Court of International Trade

| | |
|---|---|
| EURODIF S.A., COMPAGNIE GÉNÉRALE DES MATIÈRES NUCLÉAIRES AND COGEMA, INC., ET.AL., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant. | Consol. Court No. 02-00221 |

**JUDGMENT**

In light of the Court of Appeals for the Federal Circuit's decisions in <u>Eurodif S.A. v. United States</u>, 411 F.3d 1355 (Fed. Cir. 2005) ("<u>Eurodif I</u>") and <u>Eurodif S.A. v. United States</u>, 423 F.3d 1275 (Fed. Cir. 2005) ("<u>Eurodif II</u>"), on January 5, 2006 this court remanded the captioned matter to the Department of Commerce ("Commerce").  In those remand instructions, the court ordered Commerce to "revise such final determination and order in accordance with the decisions in Eurodif I and II [and to] specifically explain how its final determination and order on remand has eliminated all SWU transactions as required by <u>Eurodif I</u> and <u>II</u>."

Having reviewed Commerce's determination submitted pursuant to the court's remand, and papers in relation thereto, and good cause appearing therefore, it is hereby

**ORDERED** that the Department of Commerce's remand determination is sustained.[1]

>     /s/ Donald C. Pogue
>     Donald C. Pogue
>     Judge

>     /s/ Evan J. Wallach
>     Evan J. Wallach
>     Judge

Dated: May 18, 2006
     New York, New York

>     /s/ Richard K. Eaton
>     Richard K. Eaton
>     Judge

---

[1]Defendant-Intervenors', USEC Inc. <u>et al</u>'s, continued objection to these remand results is address in <u>Eurodif S.A. v. United States</u>, Slip-Op. 06-75 (2006) issued simultaneously with this decision.